## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Preston W & Renea S Beacom | : | Case No. 14-56968 |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| | : | Judge Hoffman, Jr. |

### SPECIAL LIMITED NOTICE OF APPEARANCE
### AND REQUEST FOR NOTICES ON BEHALF OF
### STATE OF OHIO DEPARTMENT OF TAXATION

PLEASE TAKE NOTICE that the State of Ohio, Department of Taxation appears herein by its Counsel, BRIAN M. GIANANGELI, for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the schedules and also at the following address:

> Brian M. Gianangeli
> The Law Office of Charles Mifsud, LLC
> 6305 Emerald Parkway
> Dublin, OH 43016
> Phone – (614) 389-5282
> Fax – (614) 389-2294

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of the State of Ohio.

This Special Limited Notice of Appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of the State of Ohio or to consent to this Court's jurisdiction over the State of Ohio. Accordingly, this Special Limited Notice of Appearance does not constitute a waiver of sovereign immunity by the State of Ohio or any of its departments, agencies, boards or instrumentalities.

> Respectfully submitted,
> /s/ Brian M. Gianangeli
> Brian M. Gianangeli (0072028)
> THE LAW OFFICE OF CHARLES MIFSUD, LLC
> Special Counsel to the Attorney General
> 6305 Emerald Parkway
> Dublin, OH 43016
> Phone – (614) 389-5282
> Fax – (614) 389-2294
>
> Attorney for The State of Ohio,
> Department Of Taxation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served by US Mail and/or electronically via ECF, this 26th day of December, 2014 upon the following:

Preston W Beacom  
Renea S Beacom  
4694 Greyson Drive  
Powell, OH 43065

Office of the U.S. Trustee  
170 North High Street, Suite 200  
Columbus, OH  43215-2417

Scott R Needleman  
5300 E Main St  
Suite 109  
Columbus, OH 43213

Faye D. English  
Chapter 13 Trustee  
10 West Broad Street  
Suite 900  
Columbus, OH 43215-3449

                                                /s/ Brian M. Gianangeli  
                                                Brian M. Gianangeli  (0072028)